**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00066-CV**
_____

**IN RE DANIEL AIELLO**

**Original Proceeding**
**County Court at Law No. 2 of Liberty County, Texas**
**Trial Cause No. 23DC-CV-00231**

**MEMORANDUM OPINION**

Before we issued an opinion, Relator Daniel Aiello filed a request to dismiss Relator's original proceeding seeking a writ of mandamus. Accordingly, we dismiss this original proceeding without prejudice and without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on March 20, 2024
Opinion Delivered March 21, 2024

Before Horton, Johnson and Wright, JJ.